UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNA MAULLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-02219 JAR |
| HEARTLAND AUTOMOTIVE SERVICES, INC., d/b/a Jiffy Lube, | ) ) ) ) |
| and | ) ) |
| RAPHAEL DORIETY, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants Heartland Automotive Services, Inc., d/b/a Jiffy Lube, and Raphael Doriety's Motion to Stay Mediation. (Doc. 43.)

**IT IS HEREBY ORDERED** that Plaintiff Jenna Mauller shall file her response in opposition, if any, no later than **Monday, February 21, 2019.**

Dated this 17th Day of January, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE